ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  christina.bhirud@akerman.com

*Attorneys for Defendants Bank of America, N.A.,
ReconTrust Company, N.A., sued incorrectly as
ReconTrust Company, and Wells Fargo Bank, N.A.,
as Trustee for the Certificateholders of Park Place
Securities, Inc., Asset-Backed Pass-Through Certificates,
Series 2005-WCW3, sued incorrectly as Wells Fargo Bank,
N.A. as Trustee for Certificate holders of Park Place
Securities, Inc., Asset-Backed Pass-Through Certificates,
Series 2005-WCW3*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WALTER TURNER, an individual, and, DONDI TURNER, an individual, | Case No.: 2:12-cv-01319-LDG-CWH |
| Plaintiffs, | **ORDER CANCELLING LIS PENDENS** |
| v. | |
| BANK OF AMERICA, N.A., a federally chartered bank, RECONTRUST COMPANY, a foreign company; WELLS FARGO BANK, N.A., as Trustee for CERTIFICATE HOLDERS OF PARK PLACE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WCW3; ARGENT MORTGAGE COMPANY, LLC, a foreign limited liability company; and DOES 1-20, inclusive, | |
| Defendants. | |

/ / /

/ / /

/ / /

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 • FAX: (702) 380-8572

{25765603;1}

Argent Mortgage Company filed a motion to dismiss plaintiffs Walter Turner and Dondi Turner's first amended complaint (**motion**) on December 6, 2012 [Dkt. 18].  Defendants Bank of America, N.A., ReconTrust Company, N.A., sued incorrectly as ReconTrust Company, and Wells Fargo Bank, N.A., as Trustee for the Certificateholders of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW3 (**defendants**), filed a joinder to Argent's motion and asked the Court to expunge the *lis pendens* on December 31, 2012 [Dkt. 20].

The Court entered an order [Dkt. 24] granting Argent's motion, granting defendants' joinder, and dismissing plaintiffs' first amended complaint with prejudice on January 25, 2013.

The Court finds that plaintiffs recorded a notice of *lis pendens* on or about May 4, 2012, as document number 201205040003024, in the real property records maintained by the Clark County, Nevada Recorder.  A copy of the *lis pendens* is attached hereto as **Exhibit A** and fully incorporated by reference.

Upon consideration of defendants' request to cancel the above referenced *lis pendens*, and good cause appearing therefore, the Court hereby grants defendants their requested relief and rules as follows:

IT IS ORDERED, ADJUDGED AND DECREED that the above referenced *lis pendens* is hereby cancelled, released, and expunged.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order cancelling the above referenced *lis pendens* has the same effect as an expungement of the original *lis pendens*.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{25765603;1}

2

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that defendants record a

2 properly certified copy of this cancellation Order in the real property records of Clark County,

3 Nevada within a reasonable amount of time from the date of this Order's issue.

4                                         APPROVED:

5

6                                         UNITED STATES DISTRICT JUDGE

7                                         Dated: *14 Feb 2013*

8

9    Respectfully Submitted By:

10   **AKERMAN SENTERFITT LLP**

11   /s/ Christina S. Bhirud
     ARIEL E. STERN, ESQ.
12   Nevada Bar No. 8276
     CHRISTINA S. BHIRUD, ESQ.
13   Nevada Bar No. 11462
     1160 Town Center Drive, Suite 330
14   Las Vegas, Nevada 89144

15

16   *Attorneys for Defendants Bank of America, N.A.,*
     *ReconTrust Company, N.A., sued incorrectly as*
17   *ReconTrust Company, and Wells Fargo Bank, N.A.,*
     *as Trustee for the Certificateholders of Park Place*
18   *Securities, Inc., Asset-Backed Pass-Through Certificates,*
     *Series 2005-WCW3, sued incorrectly as Wells Fargo Bank,*
19   *N.A. as Trustee for Certificate holders of Park Place*
     *Securities, Inc., Asset-Backed Pass-Through Certificates,*
20   *Series 2005-WCW3*

21

22

23

24

25

26

27

28

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{25765603;1}                      3

# EXHIBIT A

# EXHIBIT A

{22983430;1}

(4)

Inst #: 201205040003024
Fees: $20.00
N/C Fee: $0.00
05/04/2012 03:22:50 PM
Receipt #: 1153812
Requestor:
LEGAL EXPRESS
Recorded By: GILKS  Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

APN# _____125-24-304-006_____

_____

_____

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
### (DO NOT Abbreviate)

Notice of Lis Pendens _____

_____

_____

**Document Title on cover page must appear EXACTLY as the first page of the
document to be recorded.**

**RECORDING REQUESTED BY:**

David A. Stephens, Esq. _____

**RETURN TO: Name** David A. Stephens _____

    **Address** 3636 North Rancho Drive _____

    **City/State/Zip** Las Vegas, Nevada 89130 _____

**MAIL TAX STATEMENT TO:  (Applicable to documents transferring real property)**

    **Name** David A. Stephens _____

    **Address** 3636 North Rancho Drive _____

    **City/State/Zip** Las Vegas, Nevada 89130 _____

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly—do not use page scaling.

Electronically Filed
05/03/2012 03:16:56 PM

**CLERK OF THE COURT**

1   LISP
    David A. Stephens, Esq.
2   Nevada Bar No. 00902
    STEPHENS GOURLEY & BYWATER
3   3636 N. Rancho Drive
    Las Vegas, NV 89130
4   Telephone: (702) 656-2355
    Facsimile: (702) 656-2776
5   Email: dstephens@sgblawfirm.com
    Attorneys for Plaintiffs
6

7                           DISTRICT COURT

8                       CLARK COUNTY, NEVADA

9   WALTER TURNER, an individual, and          )
    DONDI TURNER, an individual,               )
10                                             )
                                               )
11              Plaintiff,                     )
                                               )
    vs.                                        )        Case No. A-12-661175-C
12                                             )        Dept No. XXVII
    BANK OF AMERICA, N.A., a federally         )
13  chartered bank, RECONTRUST COMPANY,        )
    a foreign company; WELLS FARGO BANK, N.A.  )
14  as Trustee for CERTIFICATE HOLDERS         )
    OF PARK PLACE SECURITIES, INC.,            )
15  ASSET-BACKED PASS-THROUGH                  )
    CERTIFICATES, SERIES 2005-WCW3;            )
16  ARGENT MORTGAGE COMPANY, LLC,              )
    a foreign limited liability company;       )
17  and DOES 1-20, inclusive,                  )
                                               )
18              Defendants.                    )
                                               )
19  ─────────────────────────────────────

20                    **NOTICE OF LIS PENDENS**

                            Date: n/a
21                          Time: n/a

22  TO: ALL INTERESTED PARTIES

23          NOTICE IS HEREBY GIVEN that an action has commenced in the Eighth Judicial

24  District Court of the State of Nevada In and For the County of Clark by the above named

25  Plaintiff against the above named Defendants to have the court set aside the foreclosure sale

26  against certain premises and real property. The premises affected by this suit include, but are not

27

28  / / /

1   limited to, the property more fully described as Exhibit 1 attached to this Notice of Lis Pendens

2   and incorporated herein by this reference.

3          Dated this 3ʳᵈ day of May,_____, 2012.

4                                              /s/davidastephens
                                              _____

5                                              David A. Stephens, Esq.
                                              Nevada Bar No. 00902
6                                              Stephens Gourley & Bywater
                                              3636 N. Rancho Drive
7                                              Las Vegas, Nevada 89130
                                              Attorney for Plaintiffs
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

EXHIBIT 1

2

APN 125-24-304-006

3

THE EAST HALF (E ½) OF THE SOUTHEAST QUARTER (SE 1/4) OF THE SOUTHWEST
QUARTER (SW 1/4) OF THE NORTHEAST QUARTER (NE 1/4) OF THE SOUTHWEST

4

QUARTER (SW 1/4) OF SECTION 24, TOWNSHIP 19 SOUTH, RANGE 60 EAST, M.D.M.

5

SAVING AND EXCEPTING THEREFROM A FORTY (40) FOOT EASEMENT ON THE
SOUTHERLY SIDE THEREOF

6

7

EXCEPTING THEREFROM THE NORTH 30.00 FEET THEREOF AS CONVEYED TO THE
CITY OF LAS VEGAS IN A DEED RECORDED AUGUST 13, 1970 AS DOCUMENT NO.
43405, IN BOOK 55 OF OFFICIAL RECORDS.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3