ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Defendants Bank of America, N.A., ReconTrust Company, N.A., sued incorrectly as ReconTrust Company, and Wells Fargo Bank, N.A., as Trustee for the Certificateholders of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW3, sued incorrectly as Wells Fargo Bank, N.A. as Trustee for Certificate holders of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW3*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WALTER TURNER, an individual, and, DONDI TURNER, an individual,<br><br>                              Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a federally chartered bank, RECONTRUST COMPANY, a foreign company; WELLS FARGO BANK, N.A., as Trustee for CERTIFICATE HOLDERS OF PARK PLACE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WCW3; ARGENT MORTGAGE COMPANY, LLC, a foreign limited liability company; and DOES 1-20, inclusive,<br><br>                              Defendants. | Case No.: 2:12-cv-01319-LDG-CWH<br><br>**ORDER CANCELLING LIS PENDENS** |

/ / /

/ / /

/ / /

{25765603;1}

Argent Mortgage Company filed a motion to dismiss plaintiffs Walter Turner and Dondi Turner's first amended complaint (**motion**) on December 6, 2012 [Dkt. 18].  Defendants Bank of America, N.A., ReconTrust Company, N.A., sued incorrectly as ReconTrust Company, and Wells Fargo Bank, N.A., as Trustee for the Certificateholders of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW3 (**defendants**), filed a joinder to Argent's motion and asked the Court to expunge the *lis pendens* on December 31, 2012 [Dkt. 20].

The Court entered an order [Dkt. 24] granting Argent's motion, granting defendants' joinder, and dismissing plaintiffs' first amended complaint with prejudice on January 25, 2013.

The Court finds that plaintiffs recorded a notice of *lis pendens* on or about May 4, 2012, as document number 201205040003024, in the real property records maintained by the Clark County, Nevada Recorder.  A copy of the *lis pendens* is attached hereto as **Exhibit A** and fully incorporated by reference.

Upon consideration of defendants' request to cancel the above referenced *lis pendens*, and good cause appearing therefore, the Court hereby grants defendants their requested relief and rules as follows:

IT IS ORDERED, ADJUDGED AND DECREED that the above referenced *lis pendens* is hereby cancelled, released, and expunged.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order cancelling the above referenced *lis pendens* has the same effect as an expungement of the original *lis pendens*.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that defendants record a properly certified copy of this cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 14 Feb 2013

Respectfully Submitted By:

**AKERMAN SENTERFITT LLP**

/s/ Christina S. Bhirud
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants Bank of America, N.A., ReconTrust Company, N.A., sued incorrectly as ReconTrust Company, and Wells Fargo Bank, N.A., as Trustee for the Certificateholders of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW3, sued incorrectly as Wells Fargo Bank, N.A. as Trustee for Certificate holders of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW3*

# EXHIBIT A

# EXHIBIT A

{22983430;1}

(4)

Inst #: 201205040003024
Fees: $20.00
N/C Fee: $0.00
05/04/2012 03:22:50 PM
Receipt #: 1153812
Requestor:
LEGAL EXPRESS
Recorded By: GILKS   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE
(Must be typed or printed clearly in BLACK ink only and avoid printing in the 1" margins of document)

APN# __125-24-304-006__

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

### TITLE OF DOCUMENT
(DO NOT Abbreviate)

Notice of Lis Pendens

Document Title on cover page must appear EXACTLY as the first page of the document to be recorded.

**RECORDING REQUESTED BY:**
David A. Stephens, Esq.

RETURN TO: Name __David A. Stephens__
Address __3636 North Rancho Drive__
City/State/Zip __Las Vegas, Nevada 89130__

MAIL TAX STATEMENT TO: (Applicable to documents transferring real property)
Name __David A. Stephens__
Address __3636 North Rancho Drive__
City/State/Zip __Las Vegas, Nevada 89130__

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly—do not use page scaling.

Electronically Filed
05/03/2012 03:16:56 PM

CLERK OF THE COURT

1  LISP
   David A. Stephens, Esq.
2  Nevada Bar No. 00902
   STEPHENS GOURLEY & BYWATER
3  3636 N. Rancho Drive
   Las Vegas, NV 89130
4  Telephone: (702) 656-2355
   Facsimile: (702) 656-2776
5  Email: dstephens@sgblawfirm.com
   Attorneys for Plaintiffs
6

7                       DISTRICT COURT

8                    CLARK COUNTY, NEVADA

9  WALTER TURNER, an individual, and      )
   DONDI TURNER, an individual,           )
10                                         )
                                           )
11                 Plaintiff,              )
                                           )
12 vs.                                     )   Case No. A-12-661175-C
                                           )   Dept No. XXVII
13 BANK OF AMERICA, N.A., a federally      )
   chartered bank, RECONTRUST COMPANY,     )
14 a foreign company; WELLS FARGO BANK, N.A.)
   as Trustee for CERTIFICATE HOLDERS      )
15 OF PARK PLACE SECURITIES, INC.,         )
   ASSET-BACKED PASS-THROUGH               )
16 CERTIFICATES, SERIES 2005-WCW3;         )
   ARGENT MORTGAGE COMPANY, LLC,           )
17 a foreign limited liability company;    )
   and DOES 1-20, inclusive,               )
18                                         )
                   Defendants.             )
19 _____)

                    **NOTICE OF LIS PENDENS**
20
                         Date: n/a
21                       Time: n/a

22 TO: ALL INTERESTED PARTIES

23         NOTICE IS HEREBY GIVEN that an action has commenced in the Eighth Judicial

24 District Court of the State of Nevada In and For the County of Clark by the above named

25 Plaintiff against the above named Defendants to have the court set aside the foreclosure sale

26 against certain premises and real property. The premises affected by this suit include, but are not

27

28 / / /

1 | limited to, the property more fully described as Exhibit 1 attached to this Notice of Lis Pendens
2 | and incorporated herein by this reference.
3 |        Dated this 3rd day of May, _____, 2012.
4 |                                             /s/davidastephens
5 |                                             David A. Stephens, Esq.
                                                Nevada Bar No. 00902
6 |                                             Stephens Gourley & Bywater
                                                3636 N. Rancho Drive
7 |                                             Las Vegas, Nevada 89130
                                                Attorney for Plaintiffs

EXHIBIT 1

APN 125-24-304-006

THE EAST HALF (E ½) OF THE SOUTHEAST QUARTER (SE 1/4) OF THE SOUTHWEST QUARTER (SW 1/4) OF THE NORTHEAST QUARTER (NE 1/4) OF THE SOUTHWEST QUARTER (SW 1/4) OF SECTION 24, TOWNSHIP 19 SOUTH, RANGE 60 EAST, M.D.M.

SAVING AND EXCEPTING THEREFROM A FORTY (40) FOOT EASEMENT ON THE SOUTHERLY SIDE THEREOF

EXCEPTING THEREFROM THE NORTH 30.00 FEET THEREOF AS CONVEYED TO THE CITY OF LAS VEGAS IN A DEED RECORDED AUGUST 13, 1970 AS DOCUMENT NO. 43405, IN BOOK 55 OF OFFICIAL RECORDS.